IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**CYNTHIA ANN ROGERS,**

    **Plaintiff,**

v.                                                                                                        **Civil Action No. 3:20-cv-00005**
                                                                                                        **Honorable Groh**

**JASON SCOTT JENKINS and FEDERAL
EXPRESS CORPORATION dba FEDEX
EXPRESS,**

    **Defendants.**

## FINAL DISMISSAL ORDER

      On this day came Plaintiff, Cynthia Ann Rogers, by counsel, Ronald M. Harman and the law firm of Burke Schultz Harman & Jenkinson, and came Defendants Federal Express Corporation dba Fedex Express, by counsel, David J. Mincer and the law firm of Bailey & Wyant, PLLC, and Jason Scott Jenkins, by counsel, E. Taylor George and the law firm of MacCorkle Lavender, PLLC, and hereby announced to the Court that they have resolved any and all matters in controversy between them. Whereupon, these parties moved the Court to dismiss the Plaintiff's claims against Defendants with prejudice.

      **WHEREFORE,** for the foregoing reasons, the Court does hereby **ORDER, ADJUDGE** and **DECREE** that Defendants Federal Express Corporation dba Fedex Express and Jason Scott Jenkins hereby are **DISMISSED WITH PREJUDICE** with each party to pay their own costs incurred in this proceeding.

      The Circuit Clerk is hereby directed to forward copies of this Order after entry to all counsel of record.

Entered this ___6th___ day ___May___, 2020.

_____
Honorable Gina Groh

**AGREED TO BY:**

  /s/ David J. Mincer  
**David J. Mincer (WV Bar #7486)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
*Counsel for Defendant Federal Express Corporation dba Fedex Express*

    /s/  Ronald M. Harman  
**Ronald M. Harman (WV Bar #6040)**
**Burke, Schulz, Harman & Jenkinson**
**Post Office Box 1938**
**Martinsburg, West Virginia 25402-1938**
*Counsel for Plaintiff*

    /s/ E.Taylor George  
**E. Taylor George (WV State Bar #8892)**
**MacCorkle Lavender PLLC**
**300 Summers Street, Suite 800**
**Post Office Box 3283**
**Charleston, West Virginia 25332-3283**
*Counsel for Defendant Jason Scott Jenkins*